No. 9745. In Re Petition of E. A. COLE.
304 Pac. (2d) 1119.
Decided Jan. 4, 1957.

644

Per Curiam.

Original proceeding. The petition of E. A. Cole, an inmate of the state prison, for the issuance of a Writ of Injunction or for a Writ of Mandamus and other relief, is denied, but without prejudice to his right to apply to any Trial Court in Montana, State or Federal, for the relief here sought in this, an Appellate Court.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES ANDERSON, DAVIS, and BOTTOMLY, concur.